UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEKZAD DZHANPOLATOV,

    Plaintiff,

    v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS),

    Defendant.

Case No. 25-cv-03314-RS

**ORDER DENYING EX PARTE MOTION FOR PRELIMINARY INJUNCTION, WITHOUT PREJUDICE**

    Pro se plaintiff Bekzad Dzhanpolatov seeks an "ex parte preliminary injunction" requiring the United States Citizenship and Immigration Service to issue "temporary evidence of his lawful permanent resident status in the form of an ADIT/I-551 stamp, pending adjudication of his form I-485." Dzhanpolatov has made some showing that expedited resolution of this matter may be warranted, although no extreme urgency appears. There is no showing whatsoever, however, that it would be appropriate to decide this matter without notice to defendant and an opportunity for defendant to file written response. Accordingly, the motion for an ex parte preliminary injunction is denied, without prejudice to further consideration of Dzhanpolatov's request for relief once defendant has been served and has had the chance to respond.

    If he wishes to pursue this matter, Dzhanpolatov must serve his complaint, the motion for an ex parte preliminary injunction, and a copy of this order on defendant, and then file proof of service. Defendant shall file a response within four court days of receiving service. The matter will then be decided without further briefing or oral argument unless otherwise ordered.

**IT IS SO ORDERED**.

Dated: April 15, 2025

_____
RICHARD SEEBORG
Chief United States District Judge