UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEKZAD DZHANPOLATOV,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES (USCIS),<br><br>　　　　　Defendant. | Case No. 25-cv-03314-RS<br><br>**ORDER VACATING HEARING ON<br>MOTION TO DISMISS** |

More than an hour after an order was filed deeming defendant's motion to dismiss applicable to the amended complaint and providing a schedule for further briefing to serve judicial efficiency and avoid delay, defendant instead filed a new motion to dismiss. Accordingly, the briefing schedule set out in the order filed July 14, 2025, (Dkt. No. 33) is vacated. Plaintiff shall instead file any opposition to defendant's new motion to dismiss (Dkt. No. 34) no later than the date reflected in the docket, July 28, 2025. Unless otherwise subsequently ordered, the motion to dismiss will then be deemed submitted without reply briefing or a hearing.

**IT IS SO ORDERED**.

Dated: July 17, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　Chief United States District Judge