**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BEKZAD DZHANPOLATOV,** | **Case No.: 26-CV-02827 YGR** |
| **Plaintiff,** | **ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |
| **vs.** | |
| **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,** | |
| **Defendant.** | |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Richard Seeborg *sua sponte* to consider whether it is related to Dzhanpolatov v. United States Citizenship and Immigration Services, 25-cv-3314.

**IT IS SO ORDERED.**

Date:  April 9, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**